IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chris Marron, an Individual, and Maryann Daker, an Individual, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> Clearview AI, Inc., a Delaware Corporation, Hoan Ton-That, an Individual; Richard Schwartz, an Individual; and CDW Government LLC, an Illinois Company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 20-2989 <br><br> Hon. Sharon Johnson Coleman |

**UNOPPOSED MOTION OF DEFENDANTS
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendants Clearview AI, Inc. ("Clearview"), Richard Schwartz, Hoan Ton-That (Clearview, Schwartz and Ton That, together the "Clearview Defendants") jointly with CDW Government LLC ("CDW-G" and with the Clearview Defendants, the "Defendants") respectfully move the Court for the entry of an Order extending the time for the Defendants to file an answer or otherwise respond to Plaintiffs' Class Action Complaint, to and including July 30, 2020. In support of this unopposed Motion, the Defendants state as follows:

1. Plaintiffs filed their Class Action Complaint on May 20, 2020.

2. Clearview was served on or about May 27, 2020. CDW-G was served on or about May 29, 2020. Counsel for the Clearview Defendants have agreed to accept service for Schwartz and Ton-That.

3. Pursuant to Fed. R. Civ. P. 12, Clearview has until June 17, 2020, CDW-G has until June 19, 2020, and Schwartz and Ton-That will have until at least June 30, 2020 in which to answer or otherwise respond to the Class Action Complaint.

4. There are two, related cases pending before the Court. Those cases are captioned *Hall v. Clearview et al.*, No. 20-846 and *Mutnick v. Clearview et al.*, No. 20-512. In both of those cases, the Defendants' deadline for answering or otherwise responding to the relevant complaint is July 30, 2020. Also pending in the *Hall* and *Mutnick* cases is the Clearview Defendants' motion to dismiss, or, in the alternative, to transfer. A ruling on that motion could impact the Clearview Defendants' response to the *Marron* complaint.

5. Given the nature of the claims, the complex facts and technical details that are implicated by this lawsuit, the fact that the Defendants currently have multiple, different response dates, the fact that two, related cases have a July 30, 2020 response deadline, and the fact that there is a pending motion which may impact the *Marron* litigation, the Defendants respectfully request an extension of time in which to serve their responsive papers in this action to and including July 30, 2020.

6. This is the Defendants' first request for an extension of time in this matter.

7. Counsel for the Clearview Defendants' and counsel for CDW-G have separately communicated with Plaintiffs' counsel regarding this motion. In response to both of those inquiries, Plaintiffs' counsel indicated that they do not oppose the extension.

8. The requested extension of time will not prejudice any party or delay this action.

9. The Clearview Defendants submit this motion without waiving, and while expressly reserving, their rights to contest personal and subject matter jurisdiction in this litigation.

WHEREFORE, for the reasons set forth above, the Defendants respectfully request that the Court grant this motion and enter an Order extending the time for the Defendants to file their responsive papers, to and including July 30, 2020.

Respectfully Submitted, June 9, 2020

By:   /s/ David P. Saunders            By:   /s/ Joseph A Strubbe

Lee Wolosky (pro hac vice to be filed)
Andrew J. Lichtman (pro hac vice to be filed)
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022-3908
Phone: (212) 891-1600
lwolosky@jenner.com
alichtman@jenner.com

David P. Saunders
Howard S. Suskin
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
Phone: (312) 222-9350
hsuskin@jenner.com
dsaunders@jenner.com

Attorneys for Defendants Clearview AI, Inc., Richard Schwartz and Hoan Ton-That

Joseph A. Strubbe
Brian W. Ledebuhr
Zachary J. Watters
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: 1 312 609 7500
jstrubbe@vedderprice.com
bledebuhr@vedderprice.com
zwatters@vedderprice.com

Attorneys for Defendant CDW Government LLC

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ David P. Saunders